UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANKLIN FREDDY MEAVE VAZQUEZ,<br><br>Defendant | Criminal No. 18CR10428<br><br>Violations:<br><br>Count One: Murder in the Second Degree<br>(18 U.S.C. § 1111)<br><br>Count Two: Attempted Murder<br>(18 U.S.C. § 1113)<br><br>Count Three: Assault with a Dangerous Weapon<br>(18 U.S.C. § 113(a)(3))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461) |

## INDICTMENT

### COUNT ONE
Murder in the Second Degree
(18 U.S.C. § 1111)

The Grand Jury charges that:

On or about September 23, 2018, upon the high seas approximately 55 miles off the coast of Massachusetts, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

FRANKLIN FREDDY MEAVE VAZQUEZ,

with malice aforethought, did unlawfully kill J.S.

All in violation of Title 18, United States Code, Sections 7(1) and 1111.

## COUNT TWO
Attempted Murder
(18 U.S.C. § 1113)

The Grand Jury further charges that:

On or about September 23, 2018, upon the high seas, approximately 55 miles off the coast of Massachusetts, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

FRANKLIN FREDDY MEAVE VAZQUEZ,

with malice aforethought, did unlawfully attempt to kill R.H.

All in violation of Title 18, United States Code, Sections 7(1) and 1113.

## COUNT THREE
Assault with a Dangerous Weapon
(18 U.S.C. § 113(a)(3))

The Grand Jury further charges that:

On or about September 23, 2018, upon the high seas, approximately 55 miles off the coast of Massachusetts, a place within the special maritime and territorial jurisdiction of the United States, the defendant,

FRANKLIN FREDDY MEAVE VAZQUEZ,

did assault J.Z with a dangerous weapon, that is, a hammer, with intent to do bodily harm.

All in violation of Title 18, United States Code, Sections 7(1) and 113(a)(3).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

1. Upon conviction of Murder in the Second Degree, in violation of Title 18, United States Code, Section 1111, set forth in Count One of this Indictment, the defendant,

FRANKLIN FREDDY MEAVE VAZQUEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
LAURA J. KAPLAN
CHRISTINE J. WICHERS
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: NOVEMBER 15, 2018
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
HAROLD G. PUTNAM
11/15/18 @ 2:41 pm