18cv10428 ✓

≥JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __II__     Investigating Agency __FBI/USCG__

City __n/a (on the high seas)__     **Related Case Information:**

County __n/a (on the high seas)__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __18-5120-JGD__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Franklin Freddy Meave Vazquez__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Newport News, VA__

Birth date (Yr only): __1990__ SSN (last4#): __2574__ Sex __M__ Race: __H__ Nationality: __Mexico__

Defense Counsel if known: __Stellio Sinnis, Esq.__ Address __Federal Public Defender__

Bar Number _____     __Boston, MA__

**U.S. Attorney Information:**

AUSA __Laura J. Kaplan/Christine J. Wichers__ Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No    List language and/or dialect: __Spanish__

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**

**Arrest Date** __09/24/2018__

☑ Already in Federal Custody as of __09/24/2018__ in __Norfolk Couty__.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/15/2018__     Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**      Franklin Freddy Meave Vazquez

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1111 | Second degree murder | 1 |
| Set 2 | 18 USC 1113 | Attempted murder | 2 |
| Set 3 | 18 USC 113(a)(3) | Assault with a dangerous weapon | 3 |
| Set 4 | 18 USC 981, 28 USC 2461 | Forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013