# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 18-10428-ADB |
| ) | |
| FRANKLIN MEAVE VAZQUEZ ) | |

## ASSENTED TO MOTION TO FILE UNDER SEAL

Counsel for defendant, Franklin Meave Vazquez, respectfully moves this Court to permit him to file his *Motion and Memorandum to Compel the Government to Produce Discovery* under seal. As grounds, counsel states that this request contains sensitive personal information about Mr. Vazquez that should not be publically available.

**Date:** June 20, 2019

FRANKLIN MEAVE VAZQUEZ
By his attorneys,

*/s/ Stylianus Sinnis*
Stylianus Sinnis
 B.B.O. No. 560148

*/s/ Wade Zolynski*
Wade Zolynski
 MT Bar No. 6088

Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

### Certificate of Service

I, Stylianus Sinnis, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 20, 2019

*/s/ Stylianus Sinnis*
Stylianus Sinnis