UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-10428-ADB |
| | ) | |
| FRANKLIN FREDDY MEAVE VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO SEAL GOVERNMENT'S
OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY**

On June 21, 2019, the defendant filed a Motion to Compel the Government to Produce Discovery. The defendant moved to file the document under seal on the grounds that the filing contained sensitive personal information about the defendant that should not be publicly available. *See* Doc. No. 48. The Court allowed the motion. *See* Doc. No. 49. The government respectfully requests leave to file its opposition under seal, for the same reason. Through his counsel the defendant has assented to the relief requested in this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney


By:  */s/ Christine J. Wichers*
LAURA J. KAPLAN
CHRISTINE J. WICHERS
Assistant U.S. Attorneys

## **Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants, on July 3, 2019.

*/s/ Christine J. Wichers*
Christine J. Wichers