UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANKLIN FREDDY MEAVE VAZQUEZ, )<br>)<br>Defendant. ) | Criminal No. 18-10428-ADB |

**GOVERNMENT'S ASSENTED-TO MOTION**
**REQUESTING A STATUS CONFERENCE**

The government respectfully requests that the Magistrate Court schedule a status conference in this case as soon as possible after Labor Day. Defense counsel, Stellio Sinnis, has assented to the relief requested in this motion

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  */s/ Christine Wichers*
LAURA J. KAPLAN
CHRISTINE WICHERS
Assistant U.S. Attorneys

**Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 25, 2021.

*/s/ Christine Wichers*
Christine Wichers