UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>FRANKLIN FREDDY MEAVE VAZQUEZ,    )<br>)<br>Defendant.    ) | Criminal No. 18-10428-ADB |

## JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The parties intend to file a joint brief addressing an issue relevant to the Rule 11 hearing, which is scheduled for March 9, 2022. The parties respectfully request leave to file the document under seal because it refers to, and attaches, a report containing confidential medical information.

Respectfully submitted,

| | |
|---|---|
| FRANKLIN FREDDY MEAVE VASQUEZ<br>By his attorneys, | RACHAEL S. ROLLINS<br>United States Attorney |
| */s/ Stylianus Sinnis*<br>STYLIANUS SINNIS<br>WADE ZOLYNSKI<br>Assistant Federal Public Defenders | By: */s/ Christine Wichers*<br>CHRISTINE WICHERS<br>LAURA J. KAPLAN<br>Assistant U.S. Attorneys |

### Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 3, 2022.

*/s/ Christine Wichers*
Christine Wichers