UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | No. 18--10428-ADB |
| v. ) | |
| ) | |
| FRANKLIN MEAVE VAZQUEZ ) | |
| ) | |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

Mr. Meave-Vazquez through undersigned counsel moves to continue his sentencing which is currently scheduled for June 28, 2022 to either August 10th or 11th. As grounds, counsel states that he needs additional time to gather relevant information that he believes is important for the Court to consider. Counsel has consulted with Assistant United States Attorneys Christine Wichers and Laura Kaplan and they assent to this motion.

Respectfully submitted,

/s/Stylianus Sinnis

Stylianus Sinnis
B.B.O. #560148
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: (617) 223-8061

### Certificate of Service

I, Stylianus Sinnis, hereby certify that this document, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 6, 2022.

/s/ Stylianus Sinnis
Stylianus Sinnis