UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                          ) | Docket No. 18-CR-10428-ADB |
| ) | |
| ) | |
| FRANKLIN MEAVE VAZQUEZ  ) | |

### ASSENTED TO MOTION TO FILE SENTENCING MOTION UNDER SEAL

The Defendant, Franklin Meave-Vazquez, hereby moves, to file his sentencing memorandum under seal. As grounds, counsel states that the sentencing memorandum contains private and privileged information that should not be part of the public record.

Counsel has conferred with Assistant United States Attorney Christine Wichers and she assents to this motion.

Respectfully submitted,
FRANKLIN MEAVE-VAZQUEZ
By His Attorney,

*/s/ Stylianus Sinnis*
Stylianus Sinnis,
   B.B.O.# 560148

*/s/ Wade Zolynski*
Wade Zolynski
   MT Bar#6088

Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I, Stylianus Sinnis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic

Filing (NEF) on August 5, 2022.

                                                        */s/ Stylianus Sinnis*
                                                        Stylianus Sinnis

2